IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORBERT A. SCHUELLER,

    Plaintiff,

v.                                                       CIV 16-0107 MV/KBM

WELLS FARGO & COMPANY, d/b/a
WELLS FARGO BANK, N.A., d/b/a WELLS
FARGO HOME MORTGAGE,

    Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On May 3, 2013, the Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition (*Doc. 21*), in which she recommended that Plaintiff's (Opposed) Motion & Affidavit for Remand to State District Court (*Doc. 7*) be denied. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. As of today, no objections have been filed and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Chief Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 21)* is **ADOPTED**;

2. Plaintiff's (Opposed) Motion & Affidavit for Remand to State District Court (*Doc. 7*) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE